UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TEMUJIN KENSU #189355,

    Plaintiff,

v

JEFFREY C. STIEVE, SUSAN McCAULEY, MARY ZAMORA, CHARLES TURNER, DR. WILLIAM BORGERDING, WARDEN LLOYD RAPELJE, RUSSELL VITTITOW and JEANNIE STEPHENSON,

    Defendants.

No. 2:13-cv-10279

HON. VICTORIA A. ROBERTS

MAG. DAVID R. GRAND

---

| | |
|---|---|
| Ari Kresch (P29593)<br>Solomon M. Radner (P73653)<br>1-800-LAW-FIRM, PLLC<br>Attorneys for Plaintiff<br>26700 Lahser Road, Suite 400<br>Southfield, MI 48033<br>(248) 565-2099 | Douglas G. Powe (P36409)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Michigan Department of Attorney General<br>Civil Litigation, Employment & Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 |

---

## **VERDICT FORM**

As to each of the Defendants:

1. Has Mr. Kensu proved by a preponderance of the evidence that any of the following Defendants was deliberately indifferent to his serious medical need?

    Defendant Stieve    ✓ yes   ___ no
    Defendant McCauley    ✓ yes   ___ no

| | | |
|---|---|---|
| Defendant Zamora | ✓ yes | ___ no |
| Defendant Turner | ___ yes | ✓ no |
| Defendant Borgerding | ✓ yes | ___ no |
| Defendant Rapelje | ✓ yes | ___ no |
| Defendant Vittitow | ___ yes | ✓ no |
| Defendant Stephenson | ___ yes | ✓ no |

[Note: **If you answered "yes" to one or more defendants, proceed to Answer 2. If you answer "No" to each Defendant, the foreperson must sign this form at the bottom, then inform the Court that you have reached a verdict.**]

2. What is the amount of Mr. Kensu's compensatory or nominal damages, if any, caused by defendant or defendants? You may only award one of the two for each defendant, but give each defendant separate consideration.

   a. Defendant Stieve:
      i. Compensatory        $ 25,000
      ii. Nominal             $ _____
   b. Defendant Mccauley:
      i. Compensatory        $ 5,000
      ii. Nominal             $ _____
   c. Defendant Zamora:
      i. Compensatory        $ _____
      ii. Nominal             $ 1.00
   d. Defendant Turner
      i. Compensatory        $ _____
      ii. Nominal             $ _____
   e. Defendant Borgerding
      i. Compensatory        $ 10,000
      ii. Nominal             $ _____
   f. Defendant Rapelje
      i. Compensatory        $ _____
      ii. Nominal             $ 1.00
   g. Defendant Vittitow
      i. Compensatory        $ _____

2

      ii. Nominal            $ /
  h. Defendant Stephenson
      i. Compensatory     $_____
      ii. Nominal            $_____

Total award for Compensatory Damages     $ **40,000**
Total award for Nominal Damages          $ **2.00**

3. Is Mr. Kensu entitled to recover punitive damages?

      __✓__ yes     _____ no

[If you answer "no", stop here and inform the Court that you have reached a verdict. If you answered "yes", proceed to Question 4.]

4. If you answered "yes" to any Defendant in paragraph 3, what is the amount of punitive damages awarded to Mr. Kensu from that Defendant? [**Do not award punitive damages against any defendant for whom you answered "no" to paragraph 1.**]

    $ **150,000** Defendant Stieve
    $ **70,000** Defendant McCauley
    $_____ Defendant Zamora
    $_____ Defendant Turner
    $ **65,000** Defendant Borgerding
    $_____ Defendant Rapelje
    $_____ Defendant Vittitow
    $_____ Defendant Stephenson

**Inform the Court when you have reached a verdict.**

Date: **3-28-16**

Jury Foreperson (Signature)

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

3